**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antoine Lamont GOODMAN,**
**Defendant–Appellant.**

No. 08–7061.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 17, 2008.

Antoine Lamont Goodman, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Lamont Goodman appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Goodman,* No. 2:03–cr–00020–RAJ–JEB–1 (E.D.Va. May 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*